**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EMMAGERALD SMITH,

                Plaintiff,                23 **CIVIL** 02339 (JLC)

     -v-                                 **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 6, 2024, the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:**  New York, New York

      May 6, 2024

                                                     **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                           **BY:**
                                            _____
                                                        **Deputy Clerk**